Phillip CHAFETZ, Appellant,

v.

UNDERWRITERS AT LLOYD'S LON-
DON, Appellee.

No. 20859

United States Court of Appeals
Fifth Circuit.

May 13, 1964.

Eugene C. Heiman, Philip Bloom,
Myers, Heiman & Kaplan, Phillip Chaf-
etz, Miami, Fla., (Eugene C. Heiman,
Miami, Fla., of counsel), for appellant.

George J. Baya, Miami, Fla., for ap-
pellee.

Before RIVES, BELL and WRIGHT,*
Circuit Judges.

PER CURIAM.

This appeal is by the plaintiff in a
suit on a fire insurance policy from a
judgment entered on a jury verdict ad-
verse to him. There was sufficient evi-
dence to warrant the submission to the
jury of the defense based on the allega-
tion that the fire was of an incendiary
origin, and of appellant's connection
thereto. Moreover, there was no error
in the charge to the jury, considering it
as a whole, with respect to the standard
of proof applicable to this defense. Cf.
Hanover Fire Insurance Co. of N. Y. v.
Argo, 5 Cir., 1958, 251 F.2d 80.

Affirmed.

* Of the D.C.Circuit, sitting by designation.